UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___3/5/2025___
```

AXOS FINANCIAL, INC.,

                              Plaintiff,

              -against-

148 DUANE LLC, et al.,

                              Defendants.

25-CV-00251 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

       As discussed at the March 5 conference, it is hereby ORDERED that all parties shall appear for an evidentiary hearing on Plaintiff's application for receivership (Dkt. No. 22) on **Tuesday, March 25, 2025, at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  The Court will provide arrangements for counsel for Timothy and Akiko Tabor to appear virtually.

       It is further ORDERED that, no later than **March 21, 2025**, the parties shall jointly e-mail Chambers with their anticipated witness list and confirm whether the witnesses will be providing direct testimony live or if direct testimony shall be offered by affidavit or affirmation. The parties shall also provide electronic copies of their exhibits and exhibit lists, pursuant to the Court's Individual Rules & Practices, no later than **March 21, 2025**, and shall bring hard copies of their exhibits and exhibit lists to the hearing for the Court and witnesses.

Dated:  March 5, 2025
        New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge