# HARWOOD REIFF LLC

355 Lexington Avenue, Suite 401
New York, New York 10017
(212) 661-0750 (office)
(646) 365-3332 (fax)
www.harwoodreiff.com

Donald A. Harwood
Direct Phone: (646) 957-2455
dharwood@harwoodreiff.com

Simon W. Reiff
Direct Phone: (347) 674-9797
sreiff@harwoodreiff.com

July 14, 2025

**VIA E-FILING ON ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

> Application GRANTED. The parties' joint letter in accordance with the Court's directive at the June 30, 2025 hearing shall be due no later than **July 17, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 69.
>
> SO ORDERED. Date: 7/14/2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Re:   *Axos Financial, Inc. v. 148 Duane LLC, et al.*;
      Civil Case No.: 1:25-cv-00251-MMG;

Dear Judge Garnett:

I am counsel of record to defendants, Timothy and Akiko Tabor, in the above-captioned matter pending before Your Honor, and I am writing to respectfully request leave to adjourn the parties' deadline to meet and confer and to file a joint letter with the Court from July 14, 2025 (pursuant to Your Honor's oral order during the June 30, 2025 hearing), until Thursday, July 17, 2025, due to counsel's illness this same day.

Counsel for all parties, and *pro se* litigant Mr. Swig consent to this request.

I thank the Court in advance for its consideration of this request.

Very truly yours,

*/s/ Simon W. Reiff*
Simon W. Reiff

cc: All counsel of record and *pro se* party(ies) (via ECF and email)